DEFENDANT:   ALEJANDRO BLANCO-CABALLERO

AGE/YOB:    1978

COMPLAINT
FILED?      ___X___ Yes _____ No

        If Yes, MAGISTRATE CASE NUMBER  22-mj-00054-NYW

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   _X_ Yes    __ No

OFFENSE(S):  **Count 1:** Title 21, United States Code, Sections 841(a)(1),
(b)(1)(A)(ii)(II), (b)(1)(B)(ii)(II), (b)(1)(C) and 846; Conspiracy to
distribute and possess with the intent to distribute various amounts
of a mixture and substance containing a detectable amount of
cocaine, a Schedule II Controlled Substance

**Counts 4, 14, 15, 16, 17, 19, 36, 37, 48:**  Title 21 U.S.C. § 843(b)
and (d); Use of a Communication Facility in Connection with Drug
Trafficking

**Counts 18, 21, 31, 50:**  21 U.S.C. §§ 841(a)(1) and
841(b)(1)(A)(ii)(II), 18 U.S.C. § 2; Distribution or Possession with the
Intent to Distribute 5 kilograms or more of a mixture or substance
containing a detectable amount of cocaine, a Schedule II Controlled
Substance and Aiding and Abetting the Same

**Count 5:**  21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii)(II); 18 U.S.C.
§ 2; Distribution and Possession with the Intent to Distribute 500
grams and more of a mixture and substance containing a detectable
amount of cocaine, a Schedule II Controlled Substance and Aiding
and Abetting the Same

**Counts 22 and 38:**  Title 18, United States Code, Sections
1956(a)(2)(A) and (B)(i); Knowingly and intentionally attempting to
transport or transfer funds from a place within the United States to
or through a place outside the United States, with the intent to
promote the carrying on of specified unlawful activity, specifically
conspiracy to distribute and possess with the intent to distribute
cocaine

LOCATION OF
OFFENSE:   Denver County; Denver, Colorado

PENALTY:          **Count 1**
NLT 10 years,
NMT life imprisonment
At least 5 years Supervised Release
$10,000,000 fine
$100 Special Assessment

**Counts 4, 14, 15, 16, 17, 19, 36, 37, 48**
NMT 4 years in prison
NMT 1-year of supervised release
NMT $250,000.00 fine
$100 Special Assessment

**Count 5**
NLT 5 years
NMT 40 years imprisonment
At least 4 years Supervised Release
$5,000,000 fine
$100 Special Assessment

**Counts 17, 20, 31, 48**
NLT 10 years,
NMT life imprisonment
At least 5 years Supervised Release
$10,000,000 fine
$100 Special Assessment

**Counts 22 and 38**
NMT 20 years imprisonment
NLT 5 years Supervised Release
NMT $500,000.00 or twice the value of the property involved in the money laundering transactions
$100 Special Assessment

AGENT:        Michael Gutke
Special Agent, Drug Enforcement Administration

AUTHORIZED
BY:        Stephanie Podolak
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

 X  five days or less; ___ over five days

THE GOVERNMENT

 X  will seek detention in this case based on 18 U.S.C. § 3142(f)
The statutory presumption of detention is applicable to this defendant.