| | |
|---|---|
| <u>DEFENDANT:</u> | ELDER JEOVANY GUTIERREZ-PIZARRO |
| <u>AGE/YOB:</u> | 2001 |
| <u>COMPLAINT FILED?</u> | _____ Yes   ___X____ No<br><br>If Yes, MAGISTRATE CASE NUMBER_____ |
| <u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?</u> | __ Yes   __ No |
| <u>OFFENSE(S):</u> | **Count 1:** Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(ii)(II), (b)(1)(B)(ii)(II), (b)(1)(C) and 846; Conspiracy to distribute and possess with the intent to distribute various amounts of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance<br><br>**Count 46:** Title 21 U.S.C. § 843(b) and (d); Use of a Communication Facility in Connection with Drug Trafficking<br><br>**Count 47:** 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii)(II) 18 U.S.C. § 2; Distribution and Possession with the Intent to Distribute 500 grams and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance and Aiding and Abetting the Same |
| <u>LOCATION OF OFFENSE:</u> | Denver County; Denver, Colorado |
| <u>PENALTY:</u> | **Count 1**<br>NLT 5 years,<br>NMT 40 years imprisonment<br>At least 4 years Supervised Release<br>$5,000,000 fine<br>$100 Special Assessment<br><br>**Counts 46**<br>NMT 4 years in prison<br>NMT 1-year of supervised release<br>NMT $250,000.00 fine<br>$100 Special Assessment<br><br>**Count 47**<br>NLT 5 years,<br>NMT 40 years imprisonment<br>At least 4 years Supervised Release<br>$5,000,000 fine |

$100 Special Assessment

| | |
|---|---|
| <u>AGENT:</u> | Michael Gutke<br>Special Agent, Drug Enforcement Administration |
| <u>AUTHORIZED BY:</u> | Stephanie Podolak<br>Assistant U.S. Attorney |

<u>ESTIMATED TIME OF TRIAL</u>:

___five days or less; _X__ over five days

<u>THE GOVERNMENT</u>

 X  will seek detention in this case based on 18 U.S.C. § 3142(f)

The statutory presumption of detention is applicable to this defendant.